**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| ULEGBEK ABDUHALIKOV,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY S. TAYLOR; and GSM LOGISTICS, INC.,<br><br>Defendants. | Civil Action No.: |

**NOTICE OF PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT**

TO:

Jay L. Edelstein, Esquire
Edelstein Law, LLP
230 S. Broad Street – Suite 900
Philadelphia, PA 19102
jedelstein@edelsteinlaw.com
**Attorneys for Plaintiff – Ulegbek Abduhalikov**

      **PLEASE TAKE NOTICE** that the defendants, Jeffrey S. Taylor and/or GSM Logistics, Inc.

(hereinafter referred to collectively as "Petitioners" or "GSM"), herein files and submits this Notice of

Petition for the Removal from State Court to Federal Court in the above matter.

      The Notice of Petition for Removal is also being filed with the Superior Court of New Jersey,

Law Division, Middlesex County pursuant to 28 U.S.C. §1446 (d).

A Motion to Remove the case from New Jersey State Court to Federal Court will be filed after the Federal Court assigns this matter a Civil Action Number.

**CIPRIANI & WERNER, P.C.**


*/s/ Marc R. Jones*

MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendants – Jeffrey S. Taylor and GSM Logistics, Inc.
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED:          April 27, 2017

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| ULEGBEK ABDUHALIKOV, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| JEFFREY S. TAYLOR; and GSM LOGISTICS, INC., | |
| Defendants. | |

## PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT

Petitioners, Jeffrey S. Taylor and/or GSM Logistics, Inc. (hereinafter referred to collectively as "Petitioners" or "GSM"), hereby file the within Petition for Removal to the United States District Court of New Jersey from the Superior Court of New Jersey, Law Division – Union County, and hereby says:

1.      On or about November 21, 2016, Plaintiff filed a Complaint against Defendants, Jeffrey S. Taylor and GSM Logistics, Inc., in the Superior Court of New Jersey, Law Division – Union County entitled Ulegbek Abduhalikov v. Taylor, *et al.*, under docket number UNN-L-3820-16.  (**Exhibit "A,"** copy of the Complaint)

2.      This firm received the assignment of this matter on about April 17, 2017 from Progressive Casualty Insurance Company to represent their insureds, GSM Logistics, Inc.  and their employee driver, Jeffrey S. Taylor, in the above referenced matter.

3.      Plaintiff is seeking damages for an alleged accident in which a truck owned by GSM and operated by its driver, Mr. Jeffrey S. Taylor, was involved in a motor vehicle accident that occurred on November 21, 2014 in Winchester, Virginia.  (**Exhibit "A"**)

4.      Plaintiff, upon information and belief, is a resident of the Commonwealth of Pennsylvania, residing in Philadelphia, Pennsylvania.  (**Exhibit "A"**)

5.     Defendant, GSM Logistics, Inc., is a corporation organized and existing within the Commonwealth of Virginia with its principal place of business located at 44212 Mossy Brook Square, Ashburn, Virginia 20147.

6.     Defendant, Mr. Jeffrey S. Taylor, is a person whose address is located at 349 Roselle, Union County, New Jersey.

7.     The present case, therefore, is a civil action in which the United States District Court for the District of New Jersey has original jurisdiction by virtue of diversity of citizenship of the all of the parties pursuant to 28 U.S.C. §1332.

8.     Pursuant to 28 U.S.C. §1332, this case involves injuries which, as alleged by Plaintiff, will exceed $75,000.00 exclusive of interest and costs.  As noted in the complaint, Plaintiff alleges and is seeking relief for:

> …severe personal and permanent injuries, has suffered and will in the future suffer much pain in mind and body, has incurred and in the future will incur much expense for medical care and treatment, including liens asserted by his personal PIP carrier and/or his private health insurance providers including Medicare and/or Medicaid and/or DHS and/or its Administrators in excess of any applicable threshold and excess medical bills that were not recoverable from any health insurer and are still outstanding, has suffered wage losses and an impairment of his future earning capacity and has been prevented and will in the future be prevented from attending to his normal business and activity, for which damages Plaintiff herein makes claim..

(**Exhibit "A"**)

9.     In accordance with the applicable Federal Rules of Civil Procedure and/or Federal Statutes, specifically 28 U.S.C.S. §1446 (b), this Notice for Removal has been filed within (30) days after the Petitioners/Defendants received notice of Plaintiff's Complaint.  *See* Granovsky v. Pfizer, Inc., *et al.*, 631 F.Supp.2d 554, 559 (D.N.J. 2009).  Plaintiff served a copy of the State Court Complaint on the last served Defendant, GSM, on April 17, 2017.  (**Exhibit "B"**)

10.     Accordingly, pursuant to 28 U.S.C. §1332, this matter is a civil action that may be removed by the Petitioners, from State Court to the United States District Court for the District of New Jersey over which the federal court has original jurisdiction.

11.     A copy of Defendants' answer to the Complaint is attached hereto as **Exhibit "C"** and will be filed separately.

**WHEREFORE**, Petitioners/Defendants, Jeffrey S. Taylor and/or GSM Logistics, Inc., hereby respectfully requests that the aforementioned civil action commenced against them by Plaintiff, be removed to the United States District Court for the District of New Jersey for all further proceedings.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**


_____/s/ Marc R. Jones_____
MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendants – Jeffrey S. Taylor and GSM
Logistics, Inc.
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com


DATED:          April 27, 2017

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| ULEGBEK ABDUHALIKOV, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| JEFFREY S. TAYLOR; and GSM LOGISTICS, INC., | |
| Defendants. | |

## CERTIFICATION OF FILING AND SERVICE OF NOTICE OF PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT

The undersigned hereby certifies and confirms that the Notice of Petition for Removal from State Court to Federal Court on behalf of the defendants, Jeffrey S. Taylor and/or GSM Logistics, Inc., was e-filed with the United States District Court of New Jersey on April 27, 2017 and that a hard copy was also sent to the Clerk of the Superior Court of New Jersey, Law Division, Union County, and counsel for Plaintiff via overnight delivery at the following addresses:

Clerk – Superior Court of New Jersey – Union County
Union County Courthouse
2 Broad Street
Elizabeth, NJ 07207

Jay L. Edelstein, Esquire
Edelstein Law, LLP
230 S. Broad Street – Suite 900
Philadelphia, PA 19102
jedelstein@edelsteinlaw.com
**Attorneys for Plaintiff – Ulegbek Abduhalikov**

I am aware that the foregoing statements made by me are true.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**CIPRIANI & WERNER, P.C.**

_/s/ Marc R. Jones_
MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendants – Jeffrey S. Taylor and GSM Logistics, Inc.
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED:         April 27, 2017